IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00070-GCM

| | |
|---|---|
| GENETIPETZ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOOSE CREATIVE MANAGEMENT PTY LTD,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* concerning Ashly E. Sands and Jason M. Drangel (ECF Nos. 9 & 10).

Upon review and consideration of the motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the motions.

In accordance with Local Rule 83.1(b), Ms. Sands and Mr. Drangel are admitted to appear before this court *pro hac vice* on behalf of Defendant Moose Creative Management Pty Ltd.

**IT IS SO ORDERED**.

Signed: June 17, 2022

Graham C. Mullen
United States District Judge